BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00088-TLN-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $32,306.42 SEIZED FROM U.S. BANK ACCOUNT NUMBER 153499532478, HELD IN THE NAMES OF HIEN NGUYEN AND ANH NGUYEN, and | |
| APPROXIMATELY $31,141.61 SEIZED FROM U.S. BANK ACCOUNT NUMBER 153497215530, HELD IN THE NAME OF HIEN NGUYEN, DBA: IMPERIAL KITCHENWARE, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Hien C. Nguyen and Anh T. Nguyen ("claimants"), by and through their respective counsel, as follows:

1.      On or about May 22, 2013, claimants filed claims, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation ("IRS") with respect to the Approximately $32,306.42 from U.S. Bank account number 153499532478, held in the names of Hien Nguyen and Anh Nguyen and Approximately $31,141.61 from U.S. Bank account number 153497215530, held in the name of Hien Nguyen, DBA: Imperial Kitchenware (hereafter the

1

1    "defendant funds"), which were seized on or about April 29, 2013.

2            2.      The IRS has sent the written notice of intent to forfeit required by 18 U.S.C. §

3    983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to

4    the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has

5    filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

6            3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

7    forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant

8    funds are subject to forfeiture within ninety days after a claim has been filed in the administrative

9    forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement

10   of the parties.  That deadline was August 20, 2013.

11           4.      By Stipulation and Order filed August 15, 2013, the parties stipulated to extend to

12   October 21, 2013, the time in which the United States is required to file a civil complaint for

13   forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant

14   funds are subject to forfeiture.

15           5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further

16   extend to December 20, 2013, the time in which the United States is required to file a civil complaint

17   for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant

18   funds are subject to forfeiture.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1    6.    Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3 alleging that the defendant funds are subject to forfeiture shall be extended to December 20, 2013.

4 Dated: 10/18/13                              BENJAMIN B. WAGNER
                                              United States Attorney
5

6                                        By:  /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
7                                             Assistant U.S. Attorney

8
  Dated: 10/18/13                             /s/ Candice L. Fields
9                                             CANDICE L. FIELDS
                                              Attorney for claimants Hien C. Nguyen
10                                            and Anh T. Nguyen

11                                            (Authorized by email)

12

13    **IT IS SO ORDERED.**

14

15 Dated: October 18, 2013

16

17

18                                            Troy L. Nunley
                                              United States District Judge
19

20

21

22

23

24

25

26

27

28

                                        3
                                                          Stipulation and Order to Extend Time