BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $32,306.42 SEIZED FROM U.S. BANK ACCOUNT NUMBER 153499532478, HELD IN THE NAMES OF HIEN NGUYEN AND ANH NGUYEN, and<br><br>APPROXIMATELY $31,141.61 SEIZED FROM U.S. BANK ACCOUNT NUMBER 153497215530, HELD IN THE NAME OF HIEN NGUYEN, DBA: IMPERIAL KITCHENWARE,<br><br>　　　　Defendants. | 2:13-MC-00088-TLN-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimants Hien C. Nguyen and Anh T. Nguyen ("claimants"), by and through their respective counsel, as follows:

　　　　1.　　On or about May 22, 2013, claimants filed claims, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation ("IRS") with respect to the Approximately $32,306.42 from U.S. Bank account number 153499532478, held in the names of Hien Nguyen and Anh Nguyen and Approximately $31,141.61 from U.S. Bank account number 153497215530, held in the name of Hien Nguyen, DBA: Imperial Kitchenware (hereafter the

"defendant funds"), which were seized on or about April 29, 2013.

2. The IRS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 20, 2013.

4. By Stipulation and Order filed August 15, 2013, the parties stipulated to extend to October 21, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed October 21, 2013, the parties stipulated to extend to December 20, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 20, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///

Stipulation and Order to Extend Time

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 20, 2014.

Dated: 12/19/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/19/13

/s/ Candice L. Fields
CANDICE L. FIELDS
Attorney for claimants Hien C. Nguyen
and Anh T. Nguyen

(Authorized by email)

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
Troy L. Nunley
United States District Judge